UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE FLORES,

        Plaintiff,

    v.

SADIE THOMPSON,

        Defendant.

Case No. 24-cv-00777-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**

Re: ECF Nos. 31, 33

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation, ECF No. 33, to grant Plaintiff Jorge Flores's motion for default judgment and enter default judgment against Defendant Sadie Thompson, ECF No. 31.  Plaintiffs served Defendants with the report and recommendation on January 27, 2026.  ECF No. 37.  The 14-day period for objections has elapsed, and no objections have been filed.  *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.  Default judgment against Defendants is granted.  The Court awards Plaintiff $800 in statutory damages, $14,461.50 in attorney's fees, and $57.94 in costs.  The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

    Dated:  February 13, 2026

_____
JON S. TIGAR
United States District Judge